IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHEKIR THOMAS** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **OFFICER TERRA,** *et al.,* | : | **NO. 22-4701** |
| *Defendants.* | : | |

# ORDER

AND NOW, this 2nd day of May, 2023, upon consideration of Plaintiff Shekir Thomas's Motion for Preliminary Injunction and Motion for Temporary Restraining Order (Doc. No. 21) and the Government's Response thereto (Doc. No. 25), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion (Doc. No. 21) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**